UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff | : CASE NO.: 3:07CR211 (JBA) <br> : <br> : |
| V. | : <br> : |
| JENNIFER VALLOMBROSO, <br> Defendant | : <br> : |

## ORDER FOR PRESENTENCE STUDY AND REPORT

WHEREAS, the defendant JENNIFER VALLOMBROSO has been found guilty after trial of Conspiracy to Distribute Cocaine Base guilty in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B); and

WHEREAS, the Court has ordered the preparation of a pre-sentence report, per 18 U.S.C. §3552(a), by the United States Probation Office; and

WHEREAS, this Court desires more information than is otherwise available in order to determine the mental and emotional condition of the defendant for sentencing purposes, pursuant to 18 U.S.C. §3552(c); and

WHEREAS, this Court has found, pursuant to 18 U.S.C. §3552(b), that the study can be conducted locally; it is hereby

ORDERED, pursuant to 18 U.S.C. §3552(c), that the defendant be examined by Dr. Vladimir Coric, Yale University School of Medicine, Department of Psychiatry, which examination shall include a review of any available pertinent records of Ms. Vallombroso, said reports to be made available to him through the United States Probation Officer preparing the pre-sentence report on Ms. Vallombroso, as well as a report or statement of the offense conduct in the case at bar. It is further

ORDERED, that Dr. Coric shall prepare a report of his findings, conclusions and recommendations for submission to the Court through the United States Probation Office as part of the pre-sentence report, which report by Dr. Coric shall include, but not be limited to, the following:

1. Ms. Vallombroso's history and present symptoms that might indicate the presence of a mental disease or defect;

2. A description of any psychological tests that have been employed and their results;

3. The examiner's findings; and

4. The examiner's opinions as to the diagnosis, prognosis and any recommended course of treatment for Ms. Vallombroso, particularly focused upon whether Ms. Vallombroso is suffering now, or has suffered in the past, from a mental or emotional disease or defect, and how any such disease or defect might have affected her offense conduct in this case, including any diminished mental or emotional

capacity, and Ms. Vallombroso's prospects for rehabilitation through counseling and treatment.

5. Dr. Coric shall file his report with the Court on or before July 18, 2008.

         IT IS SO ORDERED

         _____
         Honorable Janet Bond Arterton
         United States District Judge

Dated at New Haven, Connecticut: May 8, 2008