UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA :

v. : NO. 3:07CR 211 (JBA)

JENNIFER VALLOMBROSO :

**ORDER VACATING AMENDED JUDGMENT**

By agreement of counsel, and for the reasons set out in the government's briefing, the Amended Judgment dated October 21, 2008 (Doc. #86), previously requested by defendant, is hereby VACATED and the original Judgment and Commitment Order (Doc. # 84) is hereby reinstated and remains in full force and effect from the date of its entry October 9, 2008.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut: October 27, 2008**